closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND, an individual, | ) CASE NO.  2:10-cv-07775-JFW-PLA |
| Plaintiff, | ) Judge:  Hon. John F. Walter |
| v. | ) **ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41(a)(1)(A)(ii)** |
| THE ORIGINAL ENTERPRISE FISH COMPANY, INC.; FISH CO. BUILDING GROUP, LLC; and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that the above-styled action known as U.S. District Court Case No. 2:10-CV-07775-JFW-PLA is hereby dismissed with prejudice, subject to the Court's retained jurisdiction as set forth in the Consent Decree entered July 19, 2011.

Dated:  October 25, 2011

_____
Honorable Judge: John F. Walter
U.S. District Court Judge

---

ORDER RE: STIPULATION FOR DISMISSAL